IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| John S. Stritzinger, | ) | C/A No. 3:15-4798-TLW-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| Katherine B. Wright; Vernon Wright; | ) | |
| Christopher Grant; Baltimore Investment | ) | |
| Research and Planning Firm, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This is a civil action filed by a *pro se* litigant. Under Local Civil Rule 73.02(B)(2) (D.S.C.), pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge.

**MOTION TO TRANSFER DOCKET ENTRIES**:

Plaintiff files a motion (ECF No. 4) requesting the transfer of the docket entries in the instant action to another case filed by Plaintiff in this court, Stritzinger v. Wright, C/A No. 3:15-3977-TLW-PJG (D.S.C. Jan. 27, 2015) (granting Plaintiff's motion filed on December 17, 2015 to voluntarily dismiss the case), which has been closed. Accordingly, Plaintiff's motion to transfer docket entries from this action into a closed case is denied. (ECF No. 4.)

**MOTION TO DISMISS THIS CASE**:

Plaintiff's motion further seeks dismissal of the instant action. (ECF No. 4.) Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, a "plaintiff may dismiss an action without a court order by filing [] a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." In this action, the defendants have not been served with process

and have not made an appearance in the case.  While leave of the court is not required for Plaintiff to voluntarily dismiss this case, to the extent Plaintiff seeks such permission, his motion is granted.[1] (ECF No. 4.)

**PENDING MOTIONS**:

In light of this order, Plaintiff's other pending motions (ECF No. 2) shall be terminated as moot.

**IT IS SO ORDERED**.

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

January 28, 2016
Columbia, South Carolina

*Plaintiff's attention is directed to the important warning on the next page.*

---

[1] The court notes that nothing in this order extends the applicable statute of limitations for the claims raised in this case.

# IMPORTANT INFORMATION—PLEASE READ CAREFULLY

# WARNING TO PRO SE PARTY OR NONPARTY FILERS

All documents that you file with the court will be available to the public on the internet through PACER (Public Access to Court Electronic Records) and the court's Electronic Case Filing System. **CERTAIN *PERSONAL IDENTIFYING INFORMATION* SHOULD NOT BE INCLUDED IN OR SHOULD BE REMOVED FROM ALL DOCUMENTS *BEFORE* YOU SUBMIT THE DOCUMENTS TO THE COURT FOR FILING.**

Rule 5.2, Fed. R. Civ. P., provides for privacy protection of electronic or paper filings made with the court. Rule 5.2 applies to *ALL* documents submitted for filing, including pleadings, exhibits to pleadings, discovery responses, and any other document submitted by any party or nonparty for filing. Unless otherwise ordered by the court, a party or nonparty filer should not put certain types of an individual's personal identifying information in documents submitted for filing to any United States District Court. If it is necessary to file a document that already contains personal identifying information, the personal identifying information should be "**blacked out**" or **redacted** prior to submitting the document to the Clerk of Court for filing. A person filing any document containing their own personal identifying information **waives** the protection of Rule 5.2(a) by filing the information without redaction and not under seal.

1. Personal information protected by Rule 5.2(a):

    **(a) Social Security and Taxpayer identification numbers.** If an individual's social security number or a taxpayer identification number must be included in a document, the filer may include only the last four digits of that number.
    **(b) Names of Minor Children.** If the involvement of a minor child must be mentioned, the filer may include only the initials of that child.
    **(c) Dates of Birth.** If an individual's date of birth must be included in a document, the filer may include only the year of birth.
    **(d) Financial Account Numbers.** If financial account numbers are relevant, the filer may include only the last four digits of these numbers.

2. Protection of other sensitive personal information – such as driver's license numbers and alien registration numbers – may be sought under Rule 5.2(d)(Filings Made Under Seal) and (e) (Protective Orders).